UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTON IAGOUNOV,

Petitioner,

v.

UNITED STATES DISTRICT COURT OF NEVADA, et al.,

Respondents.

Case No. 3:25-cv-00365-ART-CDS

ORDER

This closed federal habeas matter is before the Court on *pro se* Petitioner Anton Iagounov's letter, requesting that the Court change his address and resend copies of any returned documents. (ECF No. 12.)

It is therefore kindly ordered that the Clerk of the Court (1) change Iagounov's address on the docket to the address listed in his letter (ECF No. 12), and (2) resend ECF Nos. 3, 4, and 10 to Iagounov's new address.

DATED THIS 7th day of April 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1